NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PETER LEANH PHUNG,                  )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D16-5183
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed May 30, 2018.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Mark C. De Sisto, Punta Gorda, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and MORRIS and ATKINSON, JJ., Concur.